

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IN THE MATTER OF THE PARTIAL
REPORTS OF THE SPECIAL GRAND JURY
THE **March 31, 2022** TERM. **22-01**

MINUTES OF COURT

DATE: July 16, 2024 @ 4:00 p.m. – 4:10 p.m.

PRESENT: The Honorable  Nancy J. Koppe , U.S. Magistrate Judge.

DEPUTY CLERK:  Araceli Bareng   REPORTER: Natasha Bachman

UNITED STATES ATTORNEY:  Joshua Brister   COURTROOM: 3C

A roll call of the Grand Jury is taken with **20** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **2** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants and Summons issue where indicated.

| | | |
|---|---|---|
| 2:24-cr- 0153-CDS-MDC | 2 SEALED DEFENDANTS | WARRANTS |
| 2:24-cr-0152- JAD-BNW | 1 SEALED DEFENDANT | WARRANT |
| 2:23-cr-0086-JCM-EJY SUPERSEDING | ANTHONY VALENZUELA | LOCAL FEDERAL CUSTODY |
| 2:24-cr-0154-GMN-EJY 2:24-mj-0195-BNW | JORGE RODRIGUEZ-MEDINA, and | SUMMONS |
| | JOSE MANUEL SANCHEZ LOBO | SUMMONS |
| 2:24-cr-0155-RFB-DJA | MICHELE FIORE | SUMMONS |

**IT IS ORDERED** that the Arraignment & Plea in case **2:23-cr-086** will be held on **Friday, July 26, 2024 @ 11:00 a.m.** before **MAGISTRATE JUDGE BRENDA WEKSLER in Courtroom 3B**

**IT IS ORDERED** that the Arraignment & Plea in case **2:24-cr-0154** will be held on **Monday, July 30, 2024 @ 1:00 p.m.** before **MAGISTRATE JUDGE MAXIMILIANO D. COUVILLIER, III in Courtroom 3A**

**Page 2**

**IT IS ORDERED** that the Initial Appearance/Arraignment & Plea in case **2:24-cr-0155** will be held on **Monday, July 29, 2024 @ 2:30 p.m.** before **MAGISTRATE JUDGE MAXIMILIANO D COUVILLIER, III in Courtroom 3A**.

The Arraignment and Plea will be held at the time of the Initial Appearance.

                                            DEBRA KEMPI, Clerk
                                            United States District Court

                                            /S/Araceli Bareng
                                            _____

                                                  Deputy Clerk