SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar No. 14746
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-5063
Email:  Jacob.Operskalski@usdoj.gov
*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SPENCER CHRISTJENCODY GEAR,<br><br>Defendant. | 2:24-cr-00152-JAD-BNW<br><br>**Government's Notice of Manual Filing** |

The United States of America hereby provides notice that it is submitting a manual filing in accordance with the Court's Minute Order, ECF No. 34. A copy of the compact disc that is being submitted will be provided to defense counsel. The CD contains copies of the charged threats that were communicated as voicemails. A written submission will accompany this filing and will be submitted via email to the Court and defense counsel.

Respectfully submitted this 6th day of February, 2025.

        SUE FAHAMI
        Acting United States Attorney
        *s/ Jacob H. Operskalski*
        JACOB H. OPERSKALSKI
        Assistant United States Attorney